JS-6

Etan Z. Lorant (SBN 108820)
Esq8ton@gmail.com
LAW OFFICES OF ETAN Z. LORANT
6442 Platt Avenue, Suite 211
West Hills, CA 91307
T: (818) 990-3990
F: (818) 990-5812

Ilan Heimanson (SBN 196904)
iheimanson@hwllplaw.com
Dellya Tales (SBN 352764)
dtalas@hwllplaw.com
HEIMANSON & WOLF, LLP
1880 Century Park East, Suite 508
Los Angeles, California 90067
T: (310) 446-1522
F: (310) 881-1148

Counsel for Plaintiff,
LOIS ROOSE

Jennifer R. Thomas (SBN 199972)
Heinz C. Fischer (SBN 255508)
GALLO VITUCCI KLAR, LLP
1212 Broadway Plaza, Suite 2100
Walnut Creek, California 94596
T: (925)320-6329

Counsel for Defendant,
HENRY'S HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOIS ROOSE,

    Plaintiff,

    vs.

SPROUTS FARMERS MARKET, INC.; AND
DOES 1 THROUGH 20 INCLUSIVE,

    Defendants.

Case No.: 2:25-cv-11447-MAR

STIPULATON TO REMAND; [PROPOSED]
ORDER

[PROPOSED] STIPULATON TO REMAND - 1

Plaintiff LOIS ROOSE ("Plaintiff") and Defendant HENRY'S HOLDINGS LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The parties jointly request that this Court remand this action to the Superior Court of the State of California, County of Los Angeles, from which it was removed.

2. The parties stipulate and agree that HENRY'S HOLDINGS LLC. is the correctly named and proper defendant in this matter for purposes of Plaintiff's claims as presently alleged.

3. Plaintiff agrees that in exchange for remanding the matter back to state court, no individual employee of the Defendant, will be named as a defendant in the state action, however, individual employees will be made available for deposition, to the extent that they are within the defendant's control.

4. Defendant stipulates that it will not contest that any employees whose conduct is at issue in this action were acting within the course and scope of their employment with Defendant, at all relevant times herein.

5. Defendant represents and acknowledges that it maintains liability insurance coverage applicable to the type of claim asserted in this action, that such insurance was in force and effect at the time of the subject incident, and that said coverage is sufficient for the category of claims alleged by the Plaintiff, without admission of liability or damages.

6. In reliance on the representations of Defendant that it is the proper entity defendant in this action, Plaintiff agrees to dismiss the following named defendants: Sprouts Farmers Market, Inc., Sprouts Farmers Market, LLC, SF Markets, LLC, Sprouts Farmers Market Holdings Inc.

7. Any entities dismissed from this action pursuant to this stipulation may be brought back into the case if evidence later establishes a basis for liability. In such event, the dismissed entities agree that they will not assert any statute of limitations defense based on the time elapsed since their dismissal pursuant to this stipulation.

8. The attorney signing this stipulation on behalf of the Defendant, represents and warrants that they have the authority to bind all currently named defendants to the terms of this stipulation.

9. Nothing in this stipulation shall be construed as an admission of liability, fault, or damages by any party.

Dated: January 30, 2026                                    HEIMANSON & WOLF, LLP

                                                           By: _Dellya F. Talas_____
                                                               ILAN HEIMANSON
                                                               DELLYA TALAS
                                                               Attorneys for Plaintiff,
                                                               LOIS ROOSE


Dated: January 30, 2026                                    GALLO VITUCCI KLAR, LLP

                                                           By:_____
                                                               JENNIFER R. THOMAS
                                                               HEINZ C. FISCHER
                                                               Attorneys for Defendant,
                                                               HENRY'S HOLDINGS, LLC

## [~~PROPOSED~~] ORDER

Having considered the parties' Stipulation, and good cause appearing:

1. The Court approves the parties' Stipulation.

2. This action is REMANDED to the Superior Court of the State of California, County of LOS ANGELES, from which it was removed.

IT IS SO ORDERED.

Dated: ___February 11___, 2026

_____
Hon. Margo A. Rocconi
United States Magistrate Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1880 Century Park East, Suite 508, Los Angeles, CA 90067.

On **February 2, 2026**, I served the document(s), described as **STIPULATION TO REMAND; [PROPOSED ORDER]** on the parties in this action by placing true copies thereof in sealed envelopes addressed as follows:

Jennifer R. Thomas
Heinz c. fischer
GALLO VITUCCI KLAR, LLP
1212 Broadway Plaza, Suite 2100
Walnut Creek, California 94596
Tel: (925)320-6329
Email: jrthomas@gvlaw.com
        hfischer@gvlaw.com
Counsel for Defendant Henry's Holdings, LLC

Etan Z. Lorant
LAW OFFICE OF ETAN Z. LORANT
6442 Platt Avenue, Suite 211
West Hills, CA 91307
Tel: (818)990-3990
Facsimile: (818)990-5812
Email: esq8ton@gmail.com
Co-Counsel for Plaintiff Lois Roose

[ ]     (BY MAIL) to: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal collection date or postage meter date is more than one business day after date of deposit for mailing in affidavit.

[ ]     (BY FACSIMILE) I caused the above-named document to be transmitted by facsimile transmission, from fax number 310-881-1148 to the office(s) of the addressee(s) at the facsimile number(s) indicated above. The transmission was reported as complete and without error. A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto.

[ X ]   (BY EMAIL) I caused the above documents to the email listed in the service caption above. A true and correct copy of transmittal will be produced if requested by any party or the court.

[ ]     (BY PERSONAL SERVICE)  I caused the above-stated document(s) to be served  personally delivering a true copy thereof to the individuals identified above per C.C.P. 1011(a); F.R.C.P. 5(b).

///

///

Proof of Service

[ X ]　**STATE:**　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　　　　Executed on **February 2, 2026**, at Los Angeles, California.

　　　　　　　　　　　　　　　　　/s/ Leslie Gonzalez

---

Proof of Service